1  TODD M. LEVENTHAL, ESQ
   Nevada Bar No. 008543
2  600 South Third Street
   Las Vegas, Nevada 89101
3  (702) 384-1990
   Attorney for Defendant
4  Marco Antonio Caballero -Perez

5

6              **UNITED STATES DISTRICT COURT**

7                  **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,        )
                                    )     CR-S-13-00085-MMD-PAL
9              Plaintiff,           )
                                    )
10         vs.                      )
                                    )
11 Marco Antonio Caballero-Perez,   )
                                    )
12             Defendant.           )
   _____)

13

14             **STIPULATION FOR CONTINUANCE**

15         IT IS HEREBY STIPULATED AND AGREED by and between the Defendant, Marco

   Antonio Caballero-Perez, by and through his  attorney, TODD M. LEVENTHAL, ESQ., by and
16
   between Plaintiff, the United States of America, by and through it's attorney, SUSAN
17
   CUSHMAN, ESQ., that the arraignment and plea now set for March 22, 2013 at 8:30 am , be
18
   continued to a date and time convenient to this court, preferably not on a Friday.
19
           Based on the Stipulation of counsel, and good cause appearing, this Stipulation is entered
20
   into for the following reasons:
21
           1. Counsel for the Defendant will be out of the jurisdiction on Friday March 22, 2013
22
           2.  Counsel for the defendant has spoken with Assistant U.S. Attorney, Susan Cushman,
23
   and she has no objections to the arraignment being continued.
24
           3. Mr. Caballero-Perez is  in custody.
25
           4.  The additional time requested herein is not sought for purposes of delay, but merely to
26
   allow counsel for defendant sufficient time, in light of the above, within which to be able to
27
   effectively and thoroughly review the evidence in the above-captioned matter.
28

1        5.  This is the FIRST request to continue the arraignment in this matter.

2

3    DATED this 12th day of March, 2013

4

5

6     -s-  Todd Leventhal_____           -s- Susan Cushman_____
       **TODD M. LEVENTHAL, ESQ.**          **SUSAN CUSHMAN, ESQ.**

7    **Attorney for Defendant**             **Assistant U.S. Attorney**

8

9

10

11

12

13

14                             **ORDER**

15        **IT IS HEREBY ORDERED** that the Arraignment shall be vacated, continued, and reset

16    for _____Monday, 4/22/2013_____, at _____3:00p___.m., in Courtroom #_____.

17

18    DATED this 37j day of March, 2013.

19

20                           _____

21                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28