# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:13-cr-00085-JAD-PAL |
| Plaintiff/Respondent | |
| v. | **Order Granting Motion for Copies of Documents** |
| Marco Antonio Caballero-Perez | **[ECF No. 154]** |
| Defendant/Petitioner | |

Federal prison inmate Marco Antonio Caballero-Perez has filed a § 2255 petition along with a motion for copies of documents.[1] Caballero requests "all files and records" relating to his case and a note that he claims a juror passed to the bailiff during his trial, which he believes is in his attorney's possession. Because these materials will assist Caballero-Perez in litigating his § 2255 challege, I order Caballero-Perez's attorney to send to Caballero-Perez any materials in Caballero-Perez's file that have not already been provided to him.

Accordingly, IT IS HEREBY ORDERED **that counsel must SEND Caballero-Perez any documents and discovery still in his possession relating to Caballero-Perez's trial and direct appeal to the extent that these items have not already been provided to Caballero-Perez.**

IT IS FURTHER ORDERED that by March 21, 2017, counsel must file a notice with the court certifying that either (1) he has mailed to Caballero-Perez any defense materials in his file relating to Caballero-Perez's trial and direct appeal that were not previously provided to Caballero-Perez or (2) he has no materials that have not been previously provided to the defendant.

Dated this 7th day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF Nos. 154, 155.