1    **UNITED STATES DISTRICT COURT**

2    **DISTRICT OF NEVADA**

3

4    United States of America,

5            Plaintiff/Respondent

6    v.

7    Marco Antonio Caballero-Perez

8            Defendant/Petitioner

9

**2:13-cr-00085-JAD-PAL**

**Order Directing Response and Setting Briefing Schedule**

10       Federal prison inmate Marco Antonio Caballero-Perez brings this § 2255 petition to

11   challenge his 2014 federal conviction for distribution of methamphetamine following a jury trial, for

12   which he was sentenced to a mandatory minimum term of 240 months in prison.[1]   It does not plainly

13   appear from the face of Caballero-Perez's motion and supporting documents that he is not entitled to

14   relief on any of his claims, especially given the expansive record in this case, which included a jury

15   trial.  I therefore order service of Caballero-Perez's petition on respondents and issue a briefing

16   schedule:

17       IT IS HEREBY ORDERED that respondents must respond to the petition by **May 7, 2017.**  If

18   respondents file and serve an answer, they must comply with Rule 5 of the Rules Governing Section

19   2255 Cases in the United States District Courts.  Caballero-Perez will then have 45 days from

20   service of the answer to file a reply.  If respondents file a motion, then the briefing schedule in Local

21   Rule 7-2 will apply.

22       Dated this 7th day of March, 2017.

23                                                    _____

24                                                    Jennifer A. Dorsey
                                                     United States District Judge

25

26

27

28
   _____

   [1] ECF No. 173.