UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | 2:13-cr-00085-JAD-PAL |
|---|---|
| Plaintiff | **Order Denying Motions for Reconsideration, Appointment of Counsel, and Evidentiary Hearing** |
| v. | |
| Marco Antonio Caballero-Perez, | [ECF Nos. 163, 164, 165] |
| Defendant | |

Marco Antonio Caballero-Perez moves for reconsideration of my amended order denying his motion to vacate his sentence under 28 U.S.C. § 2255,[1] an evidentiary hearing,[2] and for counsel to be appointed to represent him at the evidentiary hearing.[3] The government opposes Caballero-Perez's motions, arguing that he has failed to identify any factual or legal error in my order denying his 2255 motion.[4] I agree.

Motions for reconsideration are not expressly authorized in the Federal Rules of Civil Procedure, but district courts may grant them under Rule 59(e).[5] Reconsideration is only warranted when: (1) the movant presents newly discovered evidence, (2) the district court committed clear error or the initial ruling was manifestly unjust, or (3) there is an intervening change in controlling law.[6] Although reconsideration may also be warranted under other highly unusual circumstances, it is well recognized as an "extraordinary remedy, to be used sparingly in the interests of finality and

---

[1] ECF No. 163.

[2] ECF No. 165.

[3] ECF No. 164.

[4] ECF No. 166.

[5] *See Sch. Dist. No. 1J, Multnomah Cnty. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

[6] *Id.* (internal citations omitted).

conservation of judicial resources."[7]

I find no new evidence, clear error or manifest injustice, or intervening change in law that would warrant reconsideration of the order that Caballero-Perez now challenges.

Accordingly, IT IS HEREBY ORDERED that Caballero-Perez's motion for reconsideration **[ECF No. 163] is DENIED**, and his motions for an evidentiary hearing **[ECF No. 165]** and for appointment of counsel to represent him at the evidentiary hearing **[ECF No. 164]** are denied as moot.

Dated July 20, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[7] *Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2007) (internal quotations omitted).