# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00085-JAD-PAL-2 |
| Plaintiff, | |
| | ORDER |
| v. | |
| MARCO ANTONIO CABALLERO-PEREZ, | ECF No. 170 |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to March 17, 2023; and that the Government's deadline to file its response is extended to March 31, 2023.

DATED this 11th day of January 2023.

_____
UNITED STATES DISTRICT JUDGE