UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00085-JAD-PAL-2 |
|---|---|
| Plaintiff, | <u>ORDER</u> |
| v. | ECF No. 173 |
| MARCO ANTONIO CABALLERO-PEREZ, | |
| Defendant. | |

Based on the parties' stipulation, IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to April 17, 2023; and that the Government's deadline to file its response is extended to May 1, 2023.

DATED this 13th day of March 2023.

_____
UNITED STATES DISTRICT JUDGE