# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00085-JAD-PAL-2 |
| Plaintiff, | ORDER |
| v. | |
| MARCO ANTONIO CABALLERO-PEREZ, | ECF NO. 176 |
| Defendant. | |

Based on the parties' stipualtion, IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to May 17, 2023; and that the Government's deadline to file its response is extended to May 31, 2023.

DATED this 28th day of April 2023.
Nunc pro tunc: April 17, 2023.

_____
UNITED STATES DISTRICT JUDGE